UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JAMES HAMRICK, | Case No. 3:24-cv-00562-ART-CSD |
|---|---|
| Plaintiff | ORDER |
| v. | |
| JAMES E. DZURENDA, et al., | |
| Defendants | |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until October 15, 2025, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by October 15, 2025, this case will be subject to dismissal without prejudice.

For the foregoing reasons, IT IS ORDERED that Plaintiff will file his updated address with the Court **by October 15, 2025**.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court send a one-time courtesy copy of this order to Plaintiff at High Desert State Prison.

DATED: September 30, 2025.



UNITED STATES MAGISTRATE JUDGE