# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES HAMRICK,

    Plaintiff

v.

JAMES DZURENDA, et al.,

    Defendants

Case No.: 3:24-cv-00562-ART-CSD

**Order**

Plaintiff is an inmate in custody of the Nevada Department of Corrections (NDOC), currently housed at Southern Desert Correctional Center (SDCC). He is proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. The court screened his complaint and allowed him to proceed with an Eighth Amendment deliberate indifference to serious medical needs claim against Dzurenda, Sullivan, Henley, Clark, and Hartman, based on allegations that he has sleep apnea and his requests for a replacement mask, or to have his daughter purchase one on his behalf, have been denied, leaving him without a functional C-PAP machine. (ECF No. 9.)

The court denied Plaintiff's initial motion for appointment of counsel because Plaintiff did not demonstrate exceptional circumstances justified the appointment of counsel. (ECF No. 9 at 6.)

The case was stayed to allow the parties to participate in the court's inmate mediation program. The mediation is scheduled for Tuesday, February 3, 2026, at 1:00 p.m. (ECF No. 13.)

Plaintiff has filed another motion for appointment of counsel with the assistance of another inmate, asserting that he has been rendered legally and functionally blind and is unable

to read, write or conduct research. His blindness is the result of a recent failed surgical procedure on his eyes. (ECF No. 17.)

The court finds it appropriate to issue this Order that Plaintiff be permitted to have an inmate assistant to help him during the scheduled mediation on Tuesday February 3, 2026, at 1:00 p.m. He may utilize the inmate that assisted him in drafting the motion for appointment of counsel, **Michael Adkisson, Offender ID 84280**, or another inmate if Mr. Adkisson is unavailable.

The court will address the most recent motion for appointment of counsel if the mediation in this matter is unsuccessful.

The Attorney General's Office shall ensure that the appropriate officials at SDCC are provided with a copy of this Order to ensure that inmate Adkisson is able to be present to assist Plaintiff at the mediation.

**IT IS SO ORDERED**.

Dated: January 28, 2026

_____
Craig S. Denney
United States Magistrate Judge

2