## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES HAMRICK,

               Plaintiff,

vs.

JAMES E. DZURENDA, *et al.*,

               Defendants.

Case No.  3:24-cv-00562-ART-CSD

**ORDER GRANTING**

**STIPULATION  TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED between Defendants, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Cecelia J. Blue, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and James Hamrick, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///
///

Page 1

The Parties resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot. The Parties respectfully request the Court vacate any future court date(s) and order the matter closed and off call.

DATED this _____ day of January 2026.

DATED this 27th day of January 2026.
AARON D. FORD
Attorney General

By:

_____
JAMES HAMRICK (#1190123)
*Plaintiff*, pro se

*/s/ Cecelia J. Blue*_____
CECELIA J. BLUE, (Bar No. 17031C)
*Attorneys for Interested Party*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, any future deadlines and court dates are vacated, and the Clerk is directed to close the case.

_____
Anne R. Traum
United States District Judge

Dated: <u>January 28, 2026</u>

Page 2